IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:16-MC-00042-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| EBADA ELSHAZLY, | ) | |
| | ) | |
| Respondent. | ) | |

Upon application of the United States of America, on behalf of the 16th Family Court in Izmir, Turkey, seeking testimony from Ebada Elshazly, who resides within the jurisdiction of this Court, for use in a judicial proceeding in the above-captioned Court, and the Court having read the Letter of Request from the Turkish Court and being fully informed in the premises, it is hereby

ORDERED, pursuant to the authority contained in Title 28, United States Code, Section 1782, that Robert T. Numbers, II, United States Magistrate Judge, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain testimony from Ebada Elshazly as requested by the 16th Family Court in Izmir, Turkey.

This 25 October 2016.

_____
W. Earl Britt
Senior U.S. District Judge